**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**Before the Honorable Kirtan Khalsa**
**United States Magistrate Judge**

**Minutes**

November 20, 2023, at 1:30 p.m.

*Mathis v. New Mexico Children Youth & Families Dep't, et al.*

Civ. No. 22-930 SCY/KK

| | |
|---|---|
| **PLAINTIFF'S ATTORNEYS PRESENT:** | Alexandra D. Crecca |
| | Rachel Berenson |
| | Sara Seymour Crecca |
| With Client: | Honorable Eugenio Mathis |

**DEFENDANTS' ATTORNEYS PRESENT:**

| | |
|---|---|
| Defendants Children, Youth & Families Dept., Paul, Hernandez, and Garcia: | Natasha Wesenberg |
| Defendant Jessica Etoll: | Taylor M. Lueras |
| **TYPE OF PROCEEDING:** | Telephonic Pre-Settlement Status Conference |
| | Time – <u>19 minutes</u> |

**MINUTES:**

- The Court held a joint confidential telephonic pre-settlement status conference in the above-referenced case.
- All individual Defendants are excused from personal appearances but must be available by telephone throughout the day of the settlement conference.
- Plaintiff may appear via Zoom if his travel plans prevent in-person attendance. The Court will generate a sealed Zoom notice.