IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EUGENIO S. MATHIS as Personal
Representative of the Wrongful Death
Estate of JDC, Deceased,
        Plaintiff,

vs.  No. 1:22-cv-930-SCY-KK

THE NEW MEXICO CHILDREN YOUTH
& FAMILIES DEPARTMENT, and
JESSICA ETOLL in her personal capacity
acting under color of state law; MARVIN PAUL
in his personal capacity acting under color of state
law; MATTHEW HERNANDEZ in his personal
capacity acting under color of state law,
MELISSA GARCIA in her personal capacity
acting under color of state law and JOHN DOES 1-10,
in their personal capacity acting under color of state law,

        Defendants.

## STIPULATED ORDER OF DISMISSAL

**THIS MATTER** having come before the Court upon the Motion of the parties for a Stipulation of Dismissal of all claims or potential claims that have been brought or could have been brought by the Plaintiff against Defendants Jessica Etoll, Marvin Paul, Matthew Hernandez, and Melissa Garcia in the above styled cause, the Court finds that the Stipulation of Dismissal with prejudice is well taken.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the above styled cause is hereby **DISMISSED** with prejudice in its entirety against Defendants Jessica Etoll, Marvin Paul, Matthew Hernandez, and Melissa Garcia.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that all claims brought, or that could have been brought, against Defendants Jessica Etoll, Marvin Paul, Matthew Hernandez, and Melissa Garcia are hereby **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that each party is to bear its own costs and attorney's fees in connection with the portions of the lawsuit hereby dismissed.

_____
HON. STEVEN C. YARBROUGH
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

PARK & ASSOCIATES, LLC

           /s/ *Taylor M. Lueras*           
Taylor M. Lueras
*Attorney for Jessica Etoll*
3840 Masthead Street, N.E.
Albuquerque, NM  87109
(505) 246-2805

AND

WIGGINS, WILLIAMS & WIGGINS
A Professional Corporation

*/s/ Natasha Wesenberg*           
Natasha Wesenberg
Patricia G. Williams
1803 Rio Grande Blvd., N.W. (87104)
P.O. Box 1308
Albuquerque, New Mexico 87103-1308
(505) 764-8400
nwesenberg@wwwlaw.us
pwilliams@wwwlaw.us

*Attorneys for Defendants CYFD, Marvin Paul, Matthew Hernandez and Melissa Garcia*

AND

THE LAW FIRM OF ALEXANDER D. CRECCA

<u>*Electronically Approved 11-29-23*</u>
Sara S. Crecca
Alexander D. Crecca
3200 Monte Vista Blvd. NE
Albuquerque, NM 87106
Tel.: (505) 766-9999
saracrecca@creccalaw.com
acrecca@creccalaw.com
Counsel for Plaintiff

-and-

Rachel Berenson
BERENSON & ASSOCIATES, P.C.
415 Sixth Street NW
Albuquerque, NM 87102
Tel.: (505) 243-4400
Rachel@nmjusticelaw.com