# MINUTES REGARDING
# RULE 16 SETTLEMENT CONFERENCE

**CASE NAME:**    *Mathis v. New Mexico Children Youth & Families Dep't, et al.*

**CASE NUMBER**:   Civ. No. 22-930 SCY/KK

A Rule 16 Settlement Conference was held before United States Magistrate Judge Kirtan Khalsa beginning at 9:30 a.m. on Tuesday, November 28, 2023.

**APPEARANCES:**

| | |
|---|---|
| **For Plaintiff**: | Sara Crecca |
| | Alexander D. Crecca |
| | Rachel Berenson |
| **With Client**: | Eugenio Mathis (via Zoom) |
| **For Defendant CYFD, Garcia Hernandez, and Paul**: | Natasha Wesenberg |
| **With Clients**: | Justin Boyd |
| | Jose Puentes |
| **For Defendant Etoll** | Taylor M. Lueras |

**RESULTS OF SETTLEMENT CONFERENCE**:    Case settled.

**TIME SPENT IN SETTLEMENT CONFERENCE**:    6 hours and 31 minutes.