IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EUGENIO S. MATHIS as Personal
Representative of the Wrongful Death
Estate of JAMES DUNKLEE CRUZ
Deceased,

    Plaintiffs,

v.                                                                          No. 1:22-cv-00930-SCY-KK

THE NEW MEXICO CHILDREN YOUTH
& FAMILIES DEPARTMENT, et al.,

    Defendants.

## STIPULATED ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE AGAINST DEFENDANTS

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties having come to a settlement agreement, stipulate to the dismissal of all claims with prejudice against the Defendants The New Mexico Children Youth & Families Department, each party to bear their own attorneys' fees and costs.

_____
HON. STEVEN C. YARBROUGH
United States Magistrate Judge

1

Approved and Submitted By:

WIGGINS, WILLIAMS & WIGGINS, P.C.
A Professional Corporation

  *Electronically Filed*

By */s/ Natasha A. Martinez-Wesenberg*
   Natasha A. Martinez-Wesenberg
   Patricia G. Williams
1803 Rio Grande Blvd., N.W. (87104)
P.O. Box 1308
Albuquerque, New Mexico 87103-1308
nwesenberg@wwwlaw.us
pwilliams@wwwlaw.us
*Attorneys for Defendants*

Approved By:

THE LAW FIRM OF ALEXANDER D. CRECCA, PC

By *Approval given on 4/25/2024*
   Sara S. Crecca
   Alexander D. Crecca
3200 Monte Vista Boulevard, NE
Albuquerque, NM 87106
saracrecca@creccalaw.com
acrecca@creccalaw.com

BERENSON & ASSOCIATES, P.C.

By *Approval given on 4/25/ 2024*
   Rachel Berenson
415 Sixth St. NW
Albuquerque, NM 87102
rachel@nmjusticelaw.com

*Attorneys for Plaintiff*